Phyllis Kupferstein, Esq. [SBN 108595]
pk@kupfersteinmanuel.com
Cynthia L. Zedalis, Esq. [SBN 118447]
cz@kupfersteinmanuel.com
Kupferstein Manuel LLP
865 South Figueroa Street
Suite 3338
Los Angeles, California 90017
Telephone: (213) 988-7531
Facsimile: (213) 988-7532

Attorneys for Defendant
Harvey Weinstein

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA LOMAN, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>HARVEY WEINSTEIN, an individual,<br><br>    Defendant. | Case No.:  2:18-cv-7310 CBM (KSx)<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>Date:    May 21, 2019<br>Time:    10:00 a.m.<br>Courtroom:    8B |

PLEASE TAKE NOTICE that, on May 21, 2018, at 10:00 a.m. in the Courtroom of the Honorable Consuela B. Marshall, First Street Courthouse, 350 West 1st Street, Courtroom 8B, 8th Floor, Los Angeles, California 90012-4565, Defendant Harvey Weinstein, by and through his counsel of record, will move the Court to dismiss Plaintiff's Civil Complaint for Damages (Dkt. 1) pursuant to Fed. R. Civ. P. 12(b)(6), as well as for any other relief as the Court deems just and proper.

Defendant's motion is based on this notice of motion and motion, the accompanying memorandum of law in support of Defendant's motion, and all

1 | other facts and circumstances upon which the Court may take judicial notice.

2 | This motion is made following the conference of counsel pursuant to L.R. 7-
3 | 3, which took place on March 20, 2019.

5 | Dated: April 1, 2019                    KUPFERSTEIN MANUEL LLP

*/s/ Phyllis Kupferstein*
Phyllis Kupferstein
pk@kupfersteinmanuel.com
Cynthia L. Zedalis
cz@kupfersteinmanuel.com

Attorneys for Defendant
Harvey Weinstein