1 Phyllis Kupferstein, Esq. [SBN 108595]
2 pk@kupfersteinmanuel.com
Cynthia L. Zedalis, Esq. [SBN 118447]
3 cz@kupfersteinmanuel.com
4 Kupferstein Manuel LLP
865 South Figueroa Street
5 Suite 3338
6 Los Angeles, California 90017
Telephone: (213) 988-7531
7 Facsimile: (213) 988-7532
8
Attorneys for Defendant
9 Harvey Weinstein

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA LOMAN, an individual,<br><br>   Plaintiff,<br><br>   v.<br><br>HARVEY WEINSTEIN, an individual,<br><br>   Defendant. | Case No.:  2:18-cv-7310 CBM (KSx)<br><br>**ORDER GRANTING STAY OF CASE PENDING RESOLUTION OF DEFENDANT'S CRIMINAL PROCEEDING  [36]** |

## ORDER

The Court, having reviewed the parties' Stipulation to Stay Case Pending Resolution of Defendant's Criminal Proceeding in New York State Court, and good cause appearing therefore, hereby orders that:

1. Motion practice and discovery is stayed in this case pending resolution of Defendant's criminal proceeding in New York state court;

2. The deadline for Defendant to file a reply memorandum in support of his Motion to Dismiss (Dkt. 24) is extended to 14 days following the resolution of Defendant's criminal proceeding in New York state court;

3. The hearing on Defendant's Motion to Dismiss, currently set for September

10, 2019, is hereby vacated; and

4. The parties are to submit a joint status report providing an update on Defendant's criminal proceeding no later than **October 15, 2019**.

**IT IS SO ORDERED.**

DATED: August 9, 2019

_____
Honorable Consuela B. Marshall
United States District Judge