| | |
|---|---|
| 1 | Joseph A. Ferrucci, Bar No. 186287 |
| 2 | **FERRUCCI LAW GROUP** |
| 3 | 24361 El Toro Road, Ste. 220 |
|   | Laguna Woods, CA 92637 |
| 4 | Telephone:  (949) 600-5370 |
| 5 | Facsimile:   (949) 500-5371 |
| 6 | jferrucci@oc-litigation.com |
| 7 | |
|   | John G. Balestriere* |
| 8 | Matthew W. Schmidt, Bar No. 302776 |
| 9 | **BALESTRIERE FARIELLO** |
| 10 | 225 Broadway, 29th Floor |
|   | New York, New York 10007 |
| 11 | Telephone:  (212) 374-5421 |
| 12 | Facsimile:   (212) 208-2613 |
| 13 | john.balestriere@balestrierefariello.com |
| 14 | matthew.schmidt@balestrierefariello.com |
|   | *Attorneys for Plaintiff* |
| 15 | **Admitted Pro Hac Vice* |
| 16 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA LOMAN,  Plaintiff,  v.  HARVEY WEINSTEIN,  Defendant. | Case No.: 2:18-cv-07310-CBM-KS  **JOINT STATUS REPORT** |

   Plaintiff Emma Loman and Defendant Harvey Weinstein, by and through their respective counsel of record, hereby submit this Joint Status Report, as ordered

JOINT STATUS REPORT

by the Court, providing an update on Defendant's criminal proceeding, *People of the State of New York v. Harvey Weinstein*, Index No.: 02335/2018, in Supreme Court, New York County.

      The trial had been set for September 9, 2019, but the Honorable Judge James M. Burke postponed trial until January 6, 2020, for jury selection followed by an immediate trial.  Defendant does not anticipate any adjournments.

Dated: October 15, 2019

By: */s/ Phyllis Kupferstein*
Phyllis Kupferstein
**Kupferstein Manuel LLP**
865 South Figueroa Street
Suite 3338
Los Angeles, CA 90017
Telephone: (213) 988-7531
Facsimile:  (213) 988-7532
pk@kupfersteinmanuel.com

By: */s/ Joseph A. Ferrucci*
Joseph A. Ferrucci
**FERRUCCI LAW GROUP**
24361 El Toro Road
Suite 220
Laguna Woods, CA 92637
Telephone: (949) 600-5370
Facsimile:  (949) 500-5371
jferrucci@oc-litigation.com

JOINT STATUS REPORT