Joseph A. Ferrucci, Bar No. 186287
**FERRUCCI LAW GROUP**
24361 El Toro Road, Ste. 220
Laguna Woods, CA 92637
Telephone:  (949) 600-5370
Facsimile:   (949) 600-5371
jferrucci@oc-litigation.com

John G. Balestriere*
Matthew W. Schmidt, Bar No. 302776
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone:  (212) 374-5401
Facsimile:   (212) 208-2613
john.balestriere@balestrierefariello.com
matthew.schmidt@balestrierefariello.com
*Attorneys for Plaintiff*
*Admitted Pro Hac Vice

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA LOMAN,<br><br>                    Plaintiff,<br><br>           v.<br><br>HARVEY WEINSTEIN,<br><br>                    Defendant. | Case No.: 2:18-cv-07310-CBM-KS<br><br>**JOINT STATUS REPORT** |

Plaintiff Emma Loman and Defendant Harvey Weinstein, by and through their respective counsel of record, hereby submit this Joint Status Report, as ordered

JOINT STATUS REPORT

by the Court, providing an update on Defendant's criminal proceeding, *People of the State of New York v. Harvey Weinstein*, Index No.: 02335/2018, in Supreme Court, New York County.

On August 14, 2020, attorneys for Defendant Weinstein and the Los Angeles County District Attorney's Office agreed to delay Weinstein's extradition proceedings until December 2020. Weinstein remains at Wende Correctional Facility.

This case should remain stayed pending the decision of the December 2020 extradition proceedings.

Dated: September 29, 2020

By: */s/ Phyllis Kupferstein*
Phyllis Kupferstein
**Kupferstein Manuel LLP**
865 South Figueroa Street
Suite 3338
Los Angeles, CA 90017
Telephone: (213) 988-7531
Facsimile: (213) 988-7532
pk@kupfersteinmanuel.com

By: */s/ Joseph A. Ferrucci*
Joseph A. Ferrucci
**FERRUCCI LAW GROUP**
24361 El Toro Road
Suite 220
Laguna Woods, CA 92637
Telephone: (949) 600-5370
Facsimile: (949) 500-5371
jferrucci@oc-litigation.com