JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA LOMAN,<br><br>           Plaintiff,<br><br>v.<br><br>HARVEY WEINSTEIN,<br>           Defendant. | Case No.: 2:18-cv-07310-CBM-KS<br><br>ORDER DISMISSING ACTION WITH PREJUDICE [116]<br><br>Judge: Hon. Consuelo B. Marshall |

## ORDER

The Court, having reviewed the Parties' Joint Stipulation re: Dismissal of the Action with Prejudice, and good cause appearing therefore, hereby orders that this action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1) and without costs to either party.

DATED: September 11, 2025

                                                        Consuelo B. Marshall
                                                        United States District Judge